November 8, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

DAWN JOHNSON WHATLEY, INDIVIDUALLY AND AS THE EXECUTRIX OF
THE ESTATE OF PERRY LEE WHATLEY, AND MICHAEL EASTON, Appellants

NO. 14-11-00487-CV                V.

MYLUS JAMES WALKER, JR., Appellee
_____

Today the Court heard appellants' unopposed motion to dismiss the appeal from the order signed by the court below on May 11, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DAWN JOHNSON WHATLEY, INDIVIDUALLY AND AS THE EXECUTRIX OF THE ESTATE OF PERRY LEE WHATLEY, AND MICHAEL EASTON, jointly and severally.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.